HARRY WOLINSKY and MAX WOLINS, Copartners, etc., Appellants, v. LOUIS YARUS and CHARLES YARUS, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

EMMETT J. WOODWORTH, Appellant, v. HOLY FAMILY HOSPITAL, Respondent.— The court approves the stipulation made by the parties. Determination of the Appellate Term reversed and a new trial ordered in the Municipal Court, with costs to abide the event. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

HENRY M. BELING, as Administrator, etc., Respondent, v. OSCAR DEUTSCHER and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

BULLVILLE MILK PRODUCERS' ASSOCIATION, INC., Respondent, v. FRANK C. ARMSTRONG, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

AMELIA M. FARDETTE, as Administratrix, etc., Respondent, Appellant, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant. FARRON S. BETTS, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

FREDERICK W. HOTTENROTH, Respondent, v. WILLIAM HASTORF, Appellant.— Motion granted, and reargument ordered for Tuesday, April 6, 1920. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc. Opening of LAWRENCE AVENUE from Forty-seventh Street to Ocean Parkway, etc.— Motion denied on condition that the appeal be perfected and the case placed on the calendar for the April term, to be argued when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

JONAS J. MAISEL, Appellant, v. HARRY SHANHOLT, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

SARAH V. RANDALL, Respondent, v. L. M. BLUMSTEIN, INC., Appellant.— Motion granted on condition that appellant pay, within five days, twenty-five dollars, and that the appeal be perfected and the case placed on the calendar for the April term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

ANNA ROSENBLATT, Respondent, v. LOUIS ROSENBLATT, Appellant.— Motion for stay granted on condition that appellant perfect the appeal, notice the case for the April calendar and be ready for argument at the opening of the April term; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.